***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Submitted February 2, affirmed February 23, petition for review denied
May 18, 2023 (371 Or 106)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOHN OSCAR WILLARD,
aka John Willard,
*Defendant-Appellant.*

Jackson County Circuit Court
16CR73157; A175873

David J. Orr, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Neil F. Byl, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Rolf C. Moan, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, and Mooney, Judge, and Pagán, Judge.

PER CURIAM

Affirmed. *State v. Colgrove*, 370 Or 474, 521 P3d 456 (2022); *State v. Davis-McCoy*, 300 Or App 326, 454 P3d 48 (2019).